(April 17, 2008)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC JOYNER, Appellant. [855 NYS2d 409]—Appeal from a judgment, Supreme Court, New York County (Budd G. Goodman, J., at motion and plea; John Cataldo, J., at sentence), rendered August 18, 2005, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Mazzarelli, J.P., Andrias, Buckley, Sweeny and McGuire, JJ.